UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN McPEAK,<br><br>                    Plaintiff,<br><br>          v.<br><br>COREY BUTCHER, in his individual capacity and in his official capacity, et al.,<br><br>                    Defendants. | CASE NO. 3:21-cv-05821-TL<br><br>ORDER OF REFERENCE |

    This action is assigned to the Honorable Tana Lin, United States District Judge. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

    Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Magistrate Judge Rule 4, the Court hereby refers to Magistrate Judge Christel for preparation of a report and recommendation the pending motion to dismiss (Dkt No. 19). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Judge Christel files a report and recommendation. *See also* MJR 4(c).

ORDER OF REFERENCE - 1

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Christel for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Christel to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 7th day of April 2022.

Tana Lin
United States District Judge

ORDER OF REFERENCE - 2