UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN McPEAK,<br><br>              Plaintiff,<br><br>       v.<br><br>COREY BUTCHER, in his individual capacity and in his official capacity, et al.,<br><br>              Defendants. | CASE NO. 3:21-cv-05821-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On August 26, 2022, counsel for Plaintiff Erin McPeak filed a motion to withdraw as attorney of record. Dkt. No. 33.

(2) On August 29, 2022, Plaintiff McPeak filed a response opposing the motion to withdraw (Response) and pointed out the motion had not been properly noted. Dkt.

MINUTE ORDER - 1

No. 34 at 2. The Court re-noted the motion to withdraw to September 16, 2022, as provided in Local Civil Rule 7. *See* LCR 7(d)(3).

(3) In the Response, Plaintiff McPeak requested that her deposition in this case (currently scheduled for September 9, 2022) be postponed if the motion to withdraw is granted. Dkt. No. 34 at 3–4. The Court construes Plaintiff McPeak's request as a motion for a protective order to avert the prejudice and undue burden of having to defend a deposition without aid from counsel. *See Erickson v. Pardus*, 551 U.S. 89, 94 (holding filings by unrepresented parties to "less stringent standards" than those drafted by lawyers).

(4) Given the timing and circumstances surrounding the motion to withdraw, the Court ORDERS that the currently-scheduled deposition shall be POSTPONED, pending the resolution of the motion. The parties are DIRECTED to meet and confer to choose a new date for Plaintiff McPeak's deposition **within two weeks** of the Court's ruling on the motion to withdraw.

Dated this 29th day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2