**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ERIN McPEAK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORY BUTCHER, in his individual capacity and in his official capacity, et al.,<br><br>　　　　Defendants. | NO. 3:21-cv-05821-TL<br><br>STIPULATED ORDER CONTINUING DEFENDANTS' BUTCHER, DENHAM, CITY OF CENTRALIA AND CENTRALIA POLICE DEPARTMENTS' SUMMARY JUDGMENT MOTION DATE TO APRIL 28, 2023<br><br>**Hon. Tana Lin** |

## **STIPULATION**

The undersigned parties hereby stipulate that the Summary Judgment Motion filed by Defendants' Butcher, Denham, City of Centralia, and Centralia Police Department shall be continued from April 21, 2023, until April 28, 2023.

The Plaintiff's Opposition shall be filed by April 24, 2023, and the Defendants shall file their reply by April 28, 2023.

**Page 1 – STIPULATED ORDER CONTINUING DEFS BUTCHER DENHAM, CITY OF CENTRALIA AND CENTRALIA PD MSJ**



COPPINGER Carter P.S.
ATTORNEYS AT LAW
100 Central Avenue, Bellingham, WA 98225　address
www.coppingercarter.com　web
360.676.7545　phone
360.306.8369　fax

STIPULATED this 17th day of April, 2023.

COPPINGER CARTER P.S.

/s Carrie M. Coppinger Carter
Carrie Coppinger Carter, WSBA #28817
COPPINGER CARTER P.S.
100 Central Avenue
Bellingham, WA 98225
Phone: 360.676.7545
Email: ccc@coppingercarter.com;
service@coppingercarter.com

*Attorneys for Plaintiffs*

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S

/s John E. Justice
John E. Justice, WSBA #23042
LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
P.O. Box 11880,
Olympia, WA 98508
Phone: (360) 764-7727
Email(s): jjustice@lldkb.com

*Attorney for Defendant City of Centralia, Chief Denham and Butcher in official capacity*

**Page 2 – STIPULATED ORDER CONTINUING DEFS BUTCHER DENHAM, CITY OF CENTRALIA AND CENTRALIA PD MSJ**

COPPINGER CARTER P.S.
ATTORNEYS AT LAW

100 Central Avenue, Bellingham, WA 98225     address
www.coppingercarter.com     web
360.676.7545     phone
360.306.8369     fax

**ORDER**

Based on the foregoing Stipulation, it is so by ORDERED:

The Motion for Summary Judgment date is extended from April 21, 2023, until April 28, 2023. Plaintiff shall file their Opposition by April 24, 2023, and Defendant shall file their Reply by April 28, 2023.

Entered this 20th day of April, 2023.

_____
Tana Lin
United States District Judge

Page 3 – STIPULATED ORDER CONTINUING DEFS BUTCHER DENHAM, CITY OF CENTRALIA AND CENTRALIA PD MSJ



COPPINGER CARTER P.S.
ATTORNEYS AT LAW
100 Central Avenue, Bellingham, WA 98225   address
www.coppingercarter.com   web
360.676.7545   phone
360.306.8369   fax