**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ERIN McPEAK, | NO. 3:21-cv-05821-TL |
| Plaintiff, | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF: CENTRALIA POLICE DEPARTMENT; CHIEF STACY DENHAM; and COREY BUTCHER in his official capacity |
| v. | |
| COREY BUTCHER, in his individual capacity and in his official capacity; | |
| KEVIN ENGELBERTSON, in his individual capacity and in his official capacity; | Hon. Tana Lin |
| LEWIS COUNTY SHERIFF'S DEPARTMENT; | |
| SHERIFF ROBERT SNAZA, in his Individual capacity and in his official capacity; | |
| CENTRALIA POLICE DEPARTMENT; and | |
| CHIEF STACY DENHAM, in his Individual capacity and in his official capacity, | |
| Defendants. | |

**Page 1 – STIPULATION AND ORDER OF DISMISSAL**

**STIPULATION**

The undersigned parties hereby stipulate as follows:

1) Defendants CENTRALIA POLICE DEPARTMENT; CHIEF STACY DENHAM; and COREY BUTCHER in his official capacity, will be voluntarily dismissed, without prejudice, and without fees and costs to any party;

2) Defendant Butcher will remain as a Defendant in his individual capacity only moving forward; and

3) The caption will be amended accordingly to remove Defendants CENTRALIA POLICE DEPARTMENT; CHIEF STACY DENHAM; and COREY BUTCHER in his official capacity.

STIPULATED this 20th day of April, 2023.

| COPPINGER CARTER P.S. | LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S |
|---|---|
| /s Carrie M. Coppinger Carter<br>Carrie Coppinger Carter, WSBA #28817<br>COPPINGER CARTER P.S.<br>100 Central Avenue<br>Bellingham, WA 98225<br>Phone: 360.676.7545<br>Email: ccc@coppingercarter.com;<br>service@coppingercarter.com | /s John E. Justice<br>John E. Justice, WSBA #23042<br>LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.<br>P.O. Box 11880,<br>Olympia, WA 98508<br>Phone: (360) 764-7727<br>Email(s): jjustice@lldkb.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant City of Centralia, Chief Denham & Butcher in official capacity* |

| LEWIS COUNTY PROSECUTING ATTORNEY'S OFFICE | BUZZARD O'ROURKE P.S. |
|---|---|
| _____ <br> David E. Bailey, WSBA No. 55244 <br> LEWIS COUNTY PROSECUTING ATTORNEY'S OFFICE <br> Law & Justice Center, 2nd Floor <br> 345 West Main Street <br> Chehalis, WA 98532 <br> Phone: 360-740-1240 <br> Email: david.bailey@lewiscountywa.gov | /s/ Shane M. O'Rourke_____ <br> Shane M. O'Rourke, WSBA No. 39927 <br> BUZZARD O'ROURKE P.S. <br> 314 Harrison Avenue <br> P.O. Box 59 <br> Centralia, WA 98531 <br> Phone: (360)763-1108 <br> Email: shane@buzzardlaw.com, BuzzardORourkePS@jubileebk.net |
| *Attorney for Defendants Lewis County, Robert Snaza and Kevin Engelbertson* | *Attorney for Defendant Butcher, individually* |

## ORDER

Based on the foregoing Stipulation, it is so by ORDERED:

1) All claims against Defendants CENTRALIA POLICE DEPARTMENT; CHIEF STACY DENHAM, and COREY BUTCHER in his official capacity, are hereby dismissed, without prejudice, and without fees and costs to any party;

2) Defendant Butcher will remain as a Defendant in his individual capacity only; and

3) The caption will be amended accordingly to remove Defendants CENTRALIA POLICE DEPARTMENT; CHIEF STACY DENHAM, and COREY BUTCHER in his official capacity.

ORDERED this 24th day of April, 2023.

_____ <br>
THE HONORABLE TANA LIN <br>
UNITED STATES DISTRICT COURT JUDGE