UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN McPEAK,<br><br>      Plaintiff,<br><br>   v.<br><br>COREY BUTCHER, in his individual capacity, et al.,<br><br>      Defendants. | CASE NO. 3:21-cv-05821-TL<br><br>ORDER ON MOTION<br>TO EXTEND TIME |

This matter comes before the Court on Plaintiff's motion to extend time to submit an expert's report and to add Lewis County as a named Defendant (Dkt. No. 59). Plaintiff argues that there is good cause to extend time for the expert's report because their expert, Dr. Julia E. McLawson, was "quarantined with COVID" in April 2023 and "did not have the files necessary" to complete her report by the court-ordered deadline of April 28, 2023. *Id*. at 3.

Per the Court's Standing Order at § II(G), unless a request for an extension of deadline is unopposed or agreed upon by all parties, such a request "shall be filed at least **three (3) business days** in advance of the expiration of the relevant deadline" (emphasis in original). Here, Plaintiff

ORDER ON MOTION
TO EXTEND TIME - 1

inexplicably waited until the day of the relevant deadline to file the instant motion. Counsel is admonished to follow the Court's Standing Order for future requests and for all other business before the Court.

The Court finds good cause, *see* LCR 16(b)(6), to extend the deadline for Plaintiff's expert witness report. Accordingly, the Court GRANTS Plaintiff's motion to extend time and ORDERS that the report be filed by **May 12, 2023**. The Court also ORDERS that the deadline for Defendants' rebuttal expert disclosure is extended to **June 13, 2023**, should they choose to file one. Any rebuttal expert disclosure by Plaintiff remains due on **May 30, 2023**.

The Court RESERVES decision on Plaintiff's motion to add Lewis County as a party so that Defendants may respond by the noting date if they wish to do so.

Dated this 3rd day of May 2023.

Tana Lin
United States District Judge

ORDER ON MOTION
TO EXTEND TIME - 2