UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIN McPEAK,<br><br>             Plaintiff,<br><br>    v.<br><br>COREY BUTCHER, in his individual capacity, et al.,<br><br>             Defendants. | CASE NO. 3:21-cv-05821-TL<br><br>ORDER |

This matter comes before the Court on the following motions: (1) Plaintiff's Motion to Extend Time for Experts' Reports and Add Lewis County as a Party (Dkt. No. 59); (2) Defendants' Motion to Extend Rebuttal Expert Testimony Disclosure Deadline (Dkt. No. 70); and (3) Plaintiff's Motion to Withdraw Motion to Extended [sic] Time as Moot (Dkt. No. 71).

The Court previously granted Plaintiff's motion to extend time for experts' reports but reserved decision on Plaintiff's motion add Lewis County as a party. Dkt. No. 65. Because the Court has already ruled on Plaintiff's request for additional time, the motion may not be

ORDER - 1

withdrawn, especially since Defendants relied on the new deadlines. However, the Court will permit the withdrawal of the motion to add Lewis County, as the issue will be addressed as part of summary judgment.

Defendants base their request for additional time on the fact that depositions of Defendants Robert Snaza and Kevin Engelbertson have not been scheduled. Dkt. No. 70 at 2. These individuals are Defendants' own witnesses; Defendants should know what information would be elicited at a deposition. Further, the Court is not inclined to delay trial in a matter that began in November 2021.

Accordingly, the Court hereby ORDERS:

(1) Plaintiff's Motion to Withdraw Motion to Extended [sic] Time as Moot (Dkt. No. 71) is GRANTED IN PART and DENIED IN PART. Plaintiff's motion to add Lewis County as a party (Dkt. No. 59) is WITHDRAWN. Plaintiff's motion to extend time for experts' reports was previously disposed (Dkt. No. 65).

(2) Defendant's Motion to Extend Rebuttal Expert Testimony Disclosure Deadline (Dkt. No. 70) is GRANTED to the extent that the following deadlines are reset:

    a. Rebuttal Expert Disclosure/Reports due by **July 7, 2023**.

    b. Discovery completed by **July 28, 2023**.

    c. Dispositive motions due by **August 11, 2023**.

All other deadlines remain operative.

Dated this 15th day of June 2023.

Tana Lin
United States District Judge

ORDER - 2