UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN McPEAK,<br><br>        Plaintiff,<br>v.<br><br>COREY BUTCHER, in his individual capacity, et al.,<br><br>        Defendants. | CASE NO. 3:21-cv-05821-TL<br><br>ORDER ON STIPULATED MOTION |

This matter is before the Court on the Parties' Stipulated Motion for Relief from Discovery Deadline for Scheduled Depositions (Dkt. No. 75). The motion is GRANTED but only to permit the scheduled depositions of the individual Defendants on August 7 and 11, 2023. No other discovery is permitted after July 28 and all other deadlines, as well as the trial date, remain in place.

Dated this 13th day of July 2023.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION - 1