1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

11

12

13

14

15

16

ERIN McPEAK,

                    Plaintiff,

          v.

COREY BUTCHER, in his individual
capacity,

                    Defendant.

CASE NO. 3:21-cv-05821-TL

ORDER OF REMAND

17

18       This matter is before the Court *sua sponte*. On July 31, 2023, the Court ordered

19   Defendant to show cause why this matter should not be remanded to state court for lack of

20   subject matter jurisdiction. Dkt. No. 78. On August 1, the Parties stipulated that "with entry of

21   the voluntary dismissals of all federal claims and municipal parties who had originally requested

22   removal to federal court," the Court now lacks subject matter jurisdiction. Dkt. No. 79.

23   //

24   //

ORDER OF REMAND - 1

1    Accordingly, the Court hereby ORDERS:

2    (1)    The matter is REMANDED to Lewis County Superior Court under cause number

3           21-2-00579-21 without fees or costs to either party.

4    (2)    All pending motions and deadlines in this matter are VACATED.

5    Dated this 2nd day of August 2023.

6

7    _____
     Tana Lin
8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER OF REMAND - 2